# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Criminal Action No. 94cr10283-NG** |
| ) | |
| **JAMES RYAN,** ) | |
| **Defendant.** ) | |

**GERTNER, D.J.**

## ORDER RE: COMPETENCY EVALUATION

As indicated in its electronic order issued this day, the Court hereby extends the period for the evaluation of James Ryan's mental competency to March 15, 2010. This extension has been requested by the Warden of the Federal Medical Center, Devens, and has been consented to by both the government and the defense. A final copy of the forensic evaluation regarding Mr. Ryan's competency shall be submitted to the Court under seal by April 5, 2010.

**SO ORDERED.**

Date:  February 8, 2010          /s/ Nancy Gertner
                                 **NANCY GERTNER, U.S.D.C.**